*Homer C. Denton*, for defendant.

---

16494.    AVERA *v*. THE STATE.

16495.    BROWN *v*. THE STATE.

16496.    BROWN *v*. THE STATE.

16497.    HALLMAN *v*. THE STATE.

LUKE, J. 1. Where the motion to change the venue in a criminal case is based solely upon the ground that an impartial jury can not be obtained in the county where the alleged crime was committed, and the motion is denied by the trial judge, a direct bill of exceptions to that judgment will not lie. *Coleman* v. *George*, 140 *Ga.* 619 (2) (79 S. E. 543); *Brannon* v. *State*, 147 *Ga.* 499 (1) (94 S. E. 759).

2. Under the above ruling the bills of exceptions in these four cases must be dismissed.

*Writs of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Indictment for false imprisonment; from Houston superior court —Judge Mathews. April 23, 1925.

*W. A. McClellan, W. O. Cooper Jr., J. W. Bloodworth,* for plaintiffs in error.

*Charles H. Garrett, solicitor-general,* contra.